IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00314-MOC

RYAN ONEIL LITTLE,   )
                     )
    Petitioner,      )
                     )
        v.           )     ORDER
                     )
UNITED STATES OF AMERICA,  )
                     )
    Respondent.      )
                     )

**THIS MATTER** is before the Court on respondent's unopposed Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance. Having considered the respondent's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (#7) is GRANTED, and this matter is HELD in abeyance pending issuance of a decision in <u>Beckles v. United States</u>, No. 15-8544, and the government shall have 60 days from issuance of such decision to file its Answer or other response.

Signed: December 5, 2016

Max O. Cogburn Jr.
United States District Judge