UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00314-MOC

| | |
|---|---|
| RYAN O'NEIL LITTLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance. Having considered the respondent's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (#9) is GRANTED, and this matter is HELD in abeyance pending issuance of a decision in United States v. Ali, No. 15-4433 and/or United States v. Simms, No. 15-4640. After issuance of such decision(s), the respondent shall have 60 days to Answer or otherwise respond.

Signed: May 3, 2017



Max O. Cogburn Jr
United States District Judge

-1-